

AO 83 (OKND Rev. 06/11)  Summons in a Criminal Case

# United States District Court
for the
Northern District of Oklahoma

# FILED

**JUN 0 6 2025**

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 25-CR-00137-001-SEH |
| Jonathan Tyler Gross | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| **PLACE:** Page Belcher Federal Courthouse 333 West Fourth Street, 3rd Floor Tulsa, Oklahoma 74103 | **DATE:** 6/12/2025 **TIME:** 2:00 P.M., appear in Courtroom No. 1, 3rd Floor, on the date above. |
|---|---|

This offense is briefly described as follows:
  See attached pretrial petition.

Date:   6/4/2025

_____
*Issuing officer's signature*

Heidi D. Campbell, Clerk of Court
*Printed name and title*

## PROOF OF SERVICE

This summons was received by me on *(date)*   June 5, 2025   .

☑ I personally served the summons on this defendant   Jonathan Tyler Gross   at
*(place)*  1015 N. 160 road, Mounds OK  on *(date)*   June 5, 2025  ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode
with *(name)* _____ , a person of suitable age and discretion who resides
there, and I mailed a copy to the individual's last known address; or

☐ The summons was returned unexecuted because: _____ .

I declare under penalty of perjury that this information is true.
Date returned:  June 5, 25

_____
*Server's signature*

LeighAnne Paarmann USPO
*Printed name and title*

Remarks: