

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25-CR-137-SEH |
| Plaintiff, | SUPERSEDING INDICTMENT |
| v. | [COUNT ONE: 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2) – Possession of Child Pornography; |
| JONATHAN TYLER GROSS, | COUNT TWO: 18 U.S.C. § 2422(b) – Coercion and Enticement of a |
| Defendant. | Minor; Forfeiture Allegation: 18 U.S.C. § 2253 – Child Exploitation Forfeiture] |

THE GRAND JURY CHARGES:

## COUNT ONE
[18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2)]

From on or about November 16, 2022, to on or about April 1, 2025, in the Northern District of Oklahoma, and elsewhere, the defendant, **JONATHAN TYLER GROSS**, knowingly possessed or accessed with intent to view any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, including by computer, the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of that conduct. The visual depiction involved at least one minor who had not attained 12 years of age engaging in sexually explicit conduct. All in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## COUNT TWO
### [18 U.S.C. § 2422(b)]

From on or about January 1, 2016, to on or about January 7, 2019, in the Northern District of Oklahoma and elsewhere, the defendant, **JONATHAN TYLER GROSS**, used any facility of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce, and attempt to persuade, induce, entice, and coerce, MV, a child known to the Grand Jury who had not attained the age of 18 years, to engage in any sexual activity for which any person could be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2422(b).

## FORFEITURE ALLEGATION
### [18 U.S.C. § 2253]

The allegations contained in this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

Upon conviction of the offenses alleged in this Indictment, as a part of his sentence, the defendant, **JONATHAN TYLER GROSS**, shall forfeit to the United States any property constituting, or derived from, or traceable to, the proceeds obtained, directly or indirectly, as a result of such violations and any property, real or personal, that was used or intended to be used to commit or to facilitate the violations of federal law.

All pursuant to Title 18, United States Code, Section 2253.

CLINTON J. JOHNSON
United States Attorney

A TRUE BILL

_____
ASHLEY ROBERT
Assistant United States Attorney

/s/ Grand Jury Foreperson
Grand Jury Foreperson