UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

United States of America,
    Plaintiff,

vs.

Jonathan Tyler Gross,
    Defendant(s).

Case No.: 25-cr-137-SEH
Date: 7/30/2025
Court Time: 2:00 p.m.

**MINUTE SHEET – ARRAIGNMENT**

Christine D. Little, U.S. Magistrate Judge     T. Calico, Deputy Clerk     Magistrate Courtroom 1

Counsel for Plaintiff: Ashley Robert
Counsel for Defendant: Andrea Brown, Ret.
Interpreter: _____
☐ sworn

Defendant appears in person for Arraignment on: ☒ Indictment; ☐ Information; ☐ Complaint;
☒ with Counsel; ☐ Counsel waived; ☐ w/o Counsel;

☒ Defendant acknowledges receipt of Superseding Indictment    Indictment: ☐ Read; ☒ Reading waived;
☒ Defendant advised of charge;
☒ Defendant verified their name, as reflected in the indictment/information/complaint/petition/Rule 5, is their true and correct legal name
☐ Defendant stated their true and correct name is:

_____ _____ _____ _____
First/Fore-/Given Name(s)    Middle Name(s)    Last/Sur-/Family Name(s)    Suffix

☐ Government requested; and ☐ Court ordered:
    ☐ Defendant's name be added as an a/k/a
    ☐ Defendant's name be corrected by interlineation to reflect the same

☒ Arraignment held and Defendant pleads Not Guilty; Court accepts plea    ☒ Schedule to be entered;
Defendant waives: ☐ Indictment; ☐ Detention Hearing; ☐ Separate Representation ☐ Waivers approved by Court;
☐ Arraignment continued to: _____ at _____
☐ Detention Hearing scheduled: _____ at _____
☒ Defendant allowed to stand on present bond;    ☐ Government stipulates, findings made
☐ Defendant remanded to custody of U.S. Marshal

**Additional Minutes:** Government requests condition "N" be added to conditions of release – granted. avoid all contact, directly or indirectly, with any persons who are or may become a victim or potential witness in the subject investigation or prosecution, including but not limited to the following named person(s):C.R.S _____. 18 U.S.C. § 3142(c)(l)(B)(v).