


FILED

SEP 3 0 2025

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25-CR-137-SEH |
| Plaintiff, | INFORMATION |
| v. | [COUNT ONE: 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1) – Attempted Receipt of Child Pornography; |
| JONATHAN TYLER GROSS, | COUNT TWO: 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2) – Possession of Child Pornography; |
| Defendant. | Forfeiture Allegation: 18 U.S.C. § 2253 – Child Exploitation Forfeiture] |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### [18 U.S.C. §§ 2252(a)(2) and 2252(b)(1)]

From on or about January 1, 2016, to on or about January 7, 2019, in the Northern District of Oklahoma and elsewhere, the defendant, **JONATHAN TYLER GROSS**, knowingly attempted to receive sexually explicit visual depictions from MV, using any means and facility of interstate and foreign commerce, the production of the visual depiction would have involved the use of the minor engaging in sexually explicit conduct, and the visual depiction would have been of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

**COUNT TWO**
**[18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2)]**

From on or about November 16, 2022, to on or about April 1, 2025, in the Northern District of Oklahoma, and elsewhere, the defendant, **JONATHAN TYLER GROSS**, knowingly possessed or accessed with intent to view any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, including by computer, the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of that conduct. The visual depiction involved at least one minor who had not attained 12 years of age engaging in sexually explicit conduct. All in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## FORFEITURE ALLEGATION
### [18 U.S.C. § 2253]

The allegations contained in this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

Upon conviction of the offenses alleged in this Information, as a part of his sentences, the defendants, **JONATHAN TYLER GROSS**, shall forfeit to the United States any property constituting, or derived from, or traceable to, the proceeds obtained, directly or indirectly, as a result of such violations and any property, real or personal, that was used or intended to be used to commit or to facilitate the violations of federal law, including but not limited to:

**ELECTRONICS**
Any and all computers, laptops, tablets, cellular phones, hard drives, thumb drives, and any peripheral equipment seized by law enforcement on April 4, 2025, from the defendant's person and from his residence located at 20853 S. 81st West Ave, Mounds, OK.

All pursuant to Title 18, United States Code, Section 2253.

CLINTON J. JOHNSON
United States Attorney

*/s/ Ashley Robert*
_____
ASHLEY ROBERT
Assistant United States Attorney