**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **v.** | ) | **Case No. 25-CR-137-SEH** |
| | ) | |
| **JONATHAN TYLER GROSS,** | ) | |
| | ) | |
| Defendant. | ) | |

## SENTENCING MEMORANDUM

COMES NOW Defendant Gross, by and through his counsel of record, Andrea Brown, and does submit the following Sentencing Memorandum.

## FACTS AND HISTORY

Mr. Gross is a family man who is dedicated to repairing his relationship with his wife, his children and his community. For nearly a year now, he has pursued every avenue through which to redeem himself and take accountability. This is not to downplay the immense hurt and trauma MV and the children depicted in the images and videos of child pornography Defendant sought, but to provide this Court with the backdrop of the man outside of these charges who may be easily overshadowed by his criminal wrongdoing.

Mr. Gross has embraced and accepted responsibility for his actions. As many have attested in letters to this Court, he is remarkably committed to learning from his past wrongdoing and avoiding future unlawful behavior. Beginning before he was charged, Mr. Gross proactively enrolled in and completed *Katharos*, an eight-week cognitive behavioral therapy program for pornography addiction. He attended *Sexaholics Anonymous* daily. He participated actively in

1

*Changing Lanes* sexual addiction program twice a week. He voluntarily submitted to a *Psychosexual Evaluation* with Randy Lopp, MHR, LPC, LADC, after which he commenced weekly *individual counseling* with Lopp as well as the *Individuals with Problematic Sexual Behaviors Offender Course*. In sum, Mr. Gross voluntarily sought more counseling, therapy and accountability than most convicted sex offenders are required to undertake.

Counsel will briefly address the adjustment to pretrial supervision claims outlined on p. 5 of the PSR. While Mr. Gross does not strictly deny these assertions, they bear explaining as Mr. Gross endeavored to adhere to his pretrial release guidelines. While Mr. Gross did stop by his residence for a mere few minutes to gather items his son needed from the home, he was nowhere near the pool party or children, and in fact was not seen by, nor could he see, the partygoers. The Gross homestead (which has now been sold) was an enormous property, large enough to contain an airplane hanger. As far as the university campus visits, Mr. Gross was in the car when his wife picked their daughter up from a summer camp. He did not get out of the car, and had no contact with any children other than his own (with permission.) Mr. Gross erroneously believed this would not be a violation, as it was a college campus (as opposed to a primary, middle or high school.) Finally, Mr. Gross was allowed to attend church with approval. He contacted his pre-sentence supervisor, could not reach her, did not hear back from her, and erroneously believed he would be able to attend a service since he had notified her. Again, this was an error in judgment on his part, but not malicious. Once summoned, and chastened, Mr. Gross was remorseful and entirely compliant.

Mr. Gross has absolutely no criminal history, aside from these charges. He had never been arrested before. He is the product of a broken home, lonely childhood, and sexual abuse. Yet, aside from his entanglements with pornography addiction, he has lived a successful and productive life.

2

His Psychosexual Evaluation report provides critical insights into the underlying causes of Mr. Gross' behavior, his amenability to treatment, and his overall risk for reoffending. Counsel respectfully recommends this Court review Mr. Gross' evaluation in its entirety, as it contains detailed and nuanced findings that cannot be adequately summarized in this memorandum.

An individualized assessment of low-level, trauma-driven offenders like Mr. Gross is critical to ensuring a proportionate sentence. Within the broad category of child sexual exploitation offenses, there is a wide range of conduct representing differing levels of culpability. It is worth noting that in this Counsel's representation experience, and undoubtedly this Court's experience as well, the volume and nature of the illegal material in this case is significantly less sinister and/or extreme (relatively speaking) than many of the images and videos counsel and this Court have encountered in other cases.

The U.S. Sentencing Commission's report, *Federal Sentencing of Child Pornography*[1], highlights the importance of distinguishing among these variations. The report noted that advancements in technology have enabled offenders to amass large collections of child pornography, with a median of roughly 4,265 images and videos. Sentencing enhancements are applied in cases where offenders possessed images depicting conduct that is sadistic, masochistic, or involves the abuse of an infant or toddler, which amounted to 84% of the cases, and in cases that involve 600 or more images and videos, which amounted to 77% of cases. None of these offender characteristics are present in this case. Of note, Randy Lopp reports of Mr. Gross in his

---

[1] U.S. Sentencing Comm'n, Federal Sentencing of Child Pornography: Non-Production Offenses (2021), https://www.ussc.gov/research/research-reports/federal-sentencing-child-pornography-non-production-offenses

Psychosexual Evaluation that during his objective measure of Mr. Gross' sexual interest taken outside the awareness of the client:

> "Client's results show that he has sexual interest in Caucasian adult and adolescent (ages fourteen to seventeen) females. The results do not indicate that he has sexual interest in children under the age of fourteen. There is no indication of sexual interest in sadomasochism….It is noted that most adult males undergoing objective sexual interest assessment will show interest in adolescent aged minors. Such interest is NOT a sign of sexual deviancy. While interest in adolescents is biologically normal, such interest would be a serious boundary violation if acted upon."[2]

Further in Lopp's report he analyzes Mr. Gross' recidivism risk, which scored Gross at "below average risk for sexual recidivism."[3] Mr. Gross' conduct falls at the low end of the offense spectrum. His case involves limited possession with no distribution. He cooperated fully with authorities and accepted responsibility. His conduct aligns with the least aggravated child pornography cases. This supports a sentence that reflects Mr. Gross' own sexual abuse victimization and his strong potential for rehabilitation.

## DEFENDANT'S STATEMENT TO THE COURT

As written by Mr. Gross, the Defendant states as follows:

> "My generation, the first generation of the internet, is facing, as my wife labels it, a 'silent pandemic.' Something so widespread, statistics show 99% of men are looking at or have looked at pornography. This is our modern-day Opium War. I have fallen victim, and now perpetrator of it, for far too long. My shame and addiction, my lack of self-control became unbridled. Over years, what started as a typical adolescent curiosity became an all-encompassing monster that has left

---

[2] Psychosexual Evaluation of Jonathan Tyler Gross completed on May 6, 2025 by Randy Lopp, MHR, LPC, LADC – p. 4-5, Abel Assessment Results
[3] Psychosexual Evaluation of Jonathan Tyler Gross completed on May 6, 2025 by Randy Lopp, MHR, LPC, LADC – p. 5-6, Recidivism Risk Analysis

everything around me damaged. Something where a picture from Playboy wasn't hurting anyone. Another click on a site was only affecting me. But what I've come to learn now, and through recovery, is that it's never a harmless sin and addiction. It was affecting everyone and everything around me, even in the secrecy and silence where it was hidden. Until it wasn't.

My wife. My kids. My in-laws. My parents. My church. My kids' former school community. My colleagues. My extended family. Everything shaken, some to shambles. My incredible kids have been kicked out of their school. We have sold our airplane, our rental properties, and we downsized our cars to weather the storm I have put us in. We sold our "forever home," bought a trailer and my family now lives down the road at my wife's parents' property, as we pray for reunification amidst everything happening. We were separated by DHS beginning in April 2025 with seven weeks without any contact at all. The latter weeks of summer with supervised visitation but daily facing the pain of goodbye as I was not allowed to stay together with our family overnight.

And what of the women I've laid eyes on? What of their legacy? To look back, with my head now affixed properly, and understand the pain they may be walking in is truly saddening. The self-perpetuating desecration they endure. The effects of these images and videos on the internet can have on them can be extreme. For these photos and videos I viewed, unmet needs surface as a need to feel wanted, to feel accepted by a man. All of it, backwards. And I fed into it.

To look back at my crimes, my sin, my failures, and put them in the perspective of a father, is absolutely heart-crushing. To know that there are girls being exploited, girls my daughter's age is disgusting. Despicable. It is innocence being stolen. The very thing lost, that I have strived so diligently to protect in my own children. I was willing to risk downloading, viewing that innocence

removed from other girls. While not something I was deliberately seeking out, I quiver and my heart aches with the flashbacks of snippets of videos or photos I have seen. Things that in my right mind, a healthy mind, would seem so far from uncovering through a normal day's activities. How could I claim to be such an upright, model citizen, yet be in such deep, dark crevices of the internet where perversion and pedophilia abound?

Looking back at 10-year-old Jon, I would say, "Stop, don't. You don't know the power of this addiction, this epidemic. One day you'll not only regret this decision, but you will affect everyone around you, like a bomb going off." The reality is that pornography never affects just the person watching. It affects all aspects of their life. Their work ethic, relationships, service to the community. I was no different. As a child, I experienced something powerful, pleasurable, and exciting, at far too young an age. This first exposure, compounded by the molestation that occurred over more than 18 months from the same older neighbor boy who exposed me to porn, taught me that I could find pleasure, or dopamine, to medicate a deeper underlying wound, through a shortcut. An unnatural shortcut. Now that I have joined and been active in multiple recovery groups - Katharos, Changing Lanes, Sexaholics Anonymous, weekly counseling, and Randy Lopp's treatment program, I'm looking back in time to answer the question, "How did I ever get here?"

My wife, Samantha Gross, is my incredible, beautiful, long-suffering warrior of a woman. Sam and I met in college through her roommate. She was attending ORU for her teaching degree, and I was at OU. We had both attended the same church camp through the years, but did not know each other directly. She has been a beautiful example of grace towards others, especially me. I do not deserve her in the slightest. She walks with other women and carries their burdens. She is a moral compass steering me in ways I wouldn't normally think to go. I have looked up to her

throughout our entire marriage as a pillar of faith and beauty despite all circumstances. She prays constantly; throughout the entire time I've known her. Her family and her faith have made her stronger than any other person I know.  She has endured many pains and troubles I have caused but still believes in the best for me and for our family.

Her family stands by her side, and in turn, by me. They have seen her hurting emotionally for months now, and have provided her, our kids, and even me, with love, grace, encouragement and strength. Even now as I write, I'm surrounded by her grandparents who love and support not just her, but me as well. They see the repentance and change in me and want to see us walk in a new, beautiful light together. I am beyond blessed for having the honor to marry this woman. She stands firm, resolute in her faith. I'm so thankful for her.

Before we get into my past, let me tell you about my two incredible kids. My son, Landon, has been my absolute joy in the past decade. He is 10 years old now. He's my pride and joy. I'm 100% positive he will be a pilot one day, just like his dad. He'll have his license before he graduates high school. We fly together. Formerly, in our Piper Cherokee airplane and with R/C Planes. In Microsoft Flight Simulator, we fly Top Gun Maverick missions, turning knife edge through mountainous valleys in an F-18. Before he could see out the cockpit of our plane, he would put the airplane icon on the pink GPS line and look out the side window to make sure his wings were level with the horizon. Together we chose the "Four Forces of Flight" for his first-grade science project. He explained Lift, Weight, Thrust, and Drag to his class and showed off the custom RC Airplane we built. We ride dirt bikes together. When he was 4, I bought him his Yamaha TTR-50 dirt bike, spending more money on safety gear than on the bike. Now he rides a Honda CRF70 I bought for his birthday, and his sister inherited his TTR-50. It's now pinked out with new plastics and decals

7

just for her. When Landon was 7, I got to pray with him to ask Jesus to be his Lord and Savior. Moments that will last a lifetime.

I've helped coach his soccer and basketball teams over the past 5 years, never missing a single game unless his sister was playing. With his more advanced soccer team, I would record the practice drills to replicate with my daughter's team and at home. We play soccer, basketball, and even variations of pickleball at home together, multiple times a week. We've explored the beaches of the Caribbean, and the waterfalls and volcanos of Costa Rica together. We have trekked Turkey Mountain trails on our mountain bikes. We do everything together. When Landon turned 7, he and I built a massive Starship rocket together and launched it, full of candy. The kids had a mud fight afterwards. For his 9th birthday, he wanted a raft to build and race in competition with his closest friends at the nearby Lake Boren. I saw that his wish came true. That same winter, I hosted a father-son capture-the-flag night for the families of second grade. Memories. Moments that will last forever. I've dedicated my years to making their childhood as magical and memorable as any kid could ever ask for. This summer, Landon's birthday party was hosted at a friend's house, without me. He hurt, because of my failures.

My daughter, Anderson (Andi) is my princess. My "cutie pie," as she likes for me to call her. She is brilliant. A coach's athlete. A teacher's scholar. A proud parent's child. This May, she completed the entire second grade reading curriculum a year ahead. She is hyper focused in class, in her studies. In all things truly. Andi participates in competitive gymnastics, moving from Level 2 to Level 3 this summer. While I don't attend the long practices often, I introduced her to the front-handspring at home in the trampoline and helped her achieve it, just before my case opened. I taught her and Landon how to swim, how to snow ski, to ride bikes, and now dirt bikes together.

We have in-ear communication systems so we can talk as we ride, making the pastime more enjoyable and safer. Andi doesn't like to feel alone, so the in-helmet comms help her confidence riding.

I've assisted in coaching her soccer teams from pre-K through this past spring's first-grade season. Sam and I taught her and Landon the fundamentals of soccer and basketball at home, while Sam coached her school basketball team. One of her favorite soccer games is 3-2-1. I roll the ball out to her; she takes 3 touches on the ball and strikes at the goal. Stop, dribble, score. The next one I roll, she stops and strikes, and the third ball, I roll to her, and she takes one touch to slam the ball into the net. 3-Touch, 2-touch, 1-touch. We are praying that she will find a new team to excel on this year as she no longer has her school team to play on.

Together, we mastered the backflip off the diving board the summer after kindergarten. Later that summer, I learned that elementary students could participate in a few of the school's cross-country meets. Together we would run our driveway or runway together. Quarter mile, half mile, and then 1-mile runs. These times prepared them to enjoy and excel at the sport, with exceptionally good times for their age groups. In the evenings, Andi's favorite family game is Sock-it-to-me, a Go-Fish variant to match pairs of socks, while trading off the socks with holes in them. She loves to outwit us!

Andi's best friend is our pastor's daughter, Juniper. I've been blessed with the friendship of her parents, and the friendship the two girls have formed. They build each other up in the Lord, growing in the knowledge of God from Bible stories we read to them, she reads to herself in bed, and from the lessons she learns at church. She will be a worship leader one day; I am certain of this. Her voice is angelic, on pitch, and heartfelt. She is in tune with the Lord, more so than most

seven-year-olds I would argue. Every night she prays that God would put our family back together like puzzle pieces. We have raised her well thus far, and I pray I get to continue raising her to adulthood, seeing this good work come to fruition.

I've never spent more than 4-5 days apart from these kids before this. Now, because of my sin and failures, we are amidst absolute destruction in our lives. I have caused so much heartache, so much trauma for my family. For my firstborn, my son Landon. My heart aches so deeply, every single night that we are apart. To know that I stepped into depravity, risking my wife, my fatherhood, my livelihood and my freedom. It has eaten at me every moment, every hour I'm awake, and every single night, through the night. Before April, every single night I would cherish our routines. When I was pulled away at the beginning of April, we were two-thirds through the 3rd book in the Wingfeather series. Deep, magical stories of three siblings being raised to know and understand what hidden sin, hidden shame and secrecy is by their grandfather. Yet those stories tell of forgiveness, acceptance and truth in love once their grandfather's secrets are revealed in the light. More than anything, I cherish those times just before bed together more than any other time with them. My desire is to continue to get know them, and for them to continue to get to know me. I want my kids to be able to tell me anything and everything, and know that, no matter what, I am going to love them regardless. To know that I long to hear from them. I long to hear their fears, their failures. For them to know they can run to their father with their burdens and trust that I will love them through it all.

I have strived every day to make Andi and Landon feel special. I am their biggest supporter, their loudest fan, and the accelerant to any desire they choose to pursue. They are loved beyond belief, no matter what. I was taught at Changing Lanes to accept God's unwavering love. This was

a new concept to me. Having been raised by a single mother, unconditional love of a father was not something I had experienced. I have always been determined to not let my kids down in the way I experienced. Yet, here we are, facing the most severe of consequences for my selfishness.

My name is Jonathan Tyler Gross. I am the son of Donna Sue Anderson and Lee Karl Gross. I stand before you, admitting guilt to a crime I am not proud of, and truly, deeply repentant of. Years ago, minister Ravi Zacharias coined the statement, "Sin will take you farther than you want to go, keep you longer than you want to stay, and cost you more than you want to pay." My path that led me to my greatest failure has been marked with both beauty and tragedy. Highs and lows. I do not believe this failure is final, however. I am learning from it and will devote my life to preventing other men from falling into this trap.

I was born in Oklahoma City on September 3, 1988. I was a miracle to them, as they had tried for many years to have a second child, a son. My sister, Sarah Yandell, is 6 years my senior, born in 1982. While we often fought as siblings do, I found comfort and refuge in her as our lives began to change. I enjoyed a normal, middle class early childhood. My mother was a reading teacher at Moore High School, and my father owned a tool store, Meridian Tool & Hardware. Mom was devoted to her kids, caring for me at home for several years before returning to the classroom. My father worked long, hard hours at the tool store. He never relinquished control of management, so he was involved in every aspect of day-to-day operations without any outside help. This intense focus on growing the business, taking business trips, and generating wealth is what I would define his life's work as. I did not see him often in those early years, as he was so busy with the store and its many interests. That lack of relationship would only worsen in my later childhood and adolescence. Interactions with my father were minimal, staying the night with him

on a few weekends a year. I can recall waiting for him several times in those early years, often showing up several hours late or not at all. Work was his life, his obsession. He loves me, but I desired a much deeper connection – something I've strived to have with my son and daughter.

Starting around 4 years old, I can recount hearing arguments in the kitchen after we were in bed before divorce became a reality. My sister and I would sneak to the corner of the hallway and look through the living room into the kitchen where we would see them argue. Those memories are still important to me today, as I made it my personal mission to never leave my wife, my kids. My father eventually told my mother he didn't love her anymore, and that tumultuous path ended in their divorce in 1993 when I was 5.

My battle with lust, with sexual pleasure, with shame and secrecy began in my elementary years. I was often handed off to my grandmother or a neighborhood friend's parents to be taken care of, especially before school when my mom had to leave early for work. I became close friends with an older neighborhood boy, Brandon. He was two years older. His mom would fix us breakfast most days before we caught the bus. That friendship became more controlling over time, something I didn't recognize until much later. I remember Brandon locking me in his house and not letting me leave to go home for several hours at a time. When I was 10, Brandon introduced me to masturbation. He would masturbate me and ask me to do the same to him in return. This happened multiple times a week for 18 months to two years. I had no idea this was molestation. I would keep a secret, not telling anyone, until early this year. It felt weird, wrong, shameful. But I did it, to keep that friendship because I was lonely. And because I would want to experience that powerful pleasure again sometime. A move finally grew us apart, influences in his life grew worse, and I had made different, more positive friends.

In this same time frame, however, Brandon had introduced me to pornography as well. We were the first generation of kids to have complete access to unfiltered Internet. He would print off pictures of girls and masturbate to those images. This newfound pleasure and guilt would grow in time, becoming an outlet for release of my pain, my hurt, my feeling of abandonment, and now my ever-compounding shame. As its frequency grew, my fight to resist shrank. In sixth grade, age 12, I had been to church camp and asked Jesus into my heart. I started attending youth group weekly, without coercion from my parents, and genuinely wanted to live a pure life. I would see stints of victory over porn, but nothing lasted more than a few months at best. I rode bikes, played outside a lot, but the new shiny toy was the internet, and it was a growing problem for me and my generation.

This addiction was further fueled by a move from Oklahoma to Florida three days before my freshman year of high school was set to begin. My mom was going to remarry, and her future husband wanted to retire in Florida. So, the two of us ventured out to Florida on our own. My sister stayed behind to attend OU, where she later graduated pharmacy school. My new stepdad joined us after selling his house in Oklahoma City several weeks later.

The move left me in a new place, without friends, without my dad, longing for connection and affection. I quickly made new friends by joining the freshman football team and was dating a cheerleader after a few big plays I had made early in the season. But it was short lived.

Interactions with girls grew more frequent – I recall my first oral sexual encounter later that year. I had wanted to remain away from intercourse and save that for marriage, but skirting all around it seemed okay. Always feeling guilty and shameful for such acts but never having the

power to resist lust, especially virtually. My pornography addiction grew in complete secrecy, amid weekly recommitments and annual church camp services.

At the end of my high school years, my parents had decided I would return to Oklahoma for college, getting to reunite with my church and best friend from that church, Chaz. For that first year, I lived in our former house with my sister as she was also at OU. I was an intern at our church and taking much more action to abstain from pornography. However mental lust still frequented my mind. The season of interning passed, and college became a much stronger focus. It was in these late teen years when I came across a website that featured teenage glamour models, allegedly legal, but likely ages 14-17. The site was called "TrueTeenBabes." It features models in bikinis and lingerie, usually at a beach or somewhere outdoors. This exposure was new, something different. I became addicted with this was the idea of finding the next hit, the more powerful drug. Things I had experienced and seen as a teenager myself, were now online and available at any time. It was a boundary crossed and completely hidden from those trying to help me stay accountable to purity. This specific site featured girls who were paid for these photoshoots, unknowingly showing off for men addicted to lust and pornography. I don't know their stories, but through my recovery classes I've been taking since early March 2025, I have come to understand the negative effects these "models" could have likely incurred later on, upon realizing their bodies were being objectified, being sold online for pleasure. These images are still online today, something they can never escape from. They may be worried if someone they are interacting with has seen them as a teenager, worried there could be an ulterior motive. Fear, depression, anxiety can set in. Image and body issues. Inability to sleep, eat, work. How could their mom or dad have allowed them to engage in such activity for money? I learned some of their parents sold their bodies online for cash. In the worst cases, even suicide is a possibility. Attending Mr. Randy Lopp's

treatment classes and other recovery courses has taught me empathy - understanding the victims' perspective and having a new outlook on treating all women with dignity, honor and respect.

I can see these fears and empathize with these girls now, in hindsight and in recovery. My mind had been warped, addicted, and in such instances, powerless to discern right from wrong. I was unable to empathize.

During my college years, I interned at my church, later working for Benson Sound in Oklahoma City, where I would solder circuit boards together, and install A/V & lighting systems for churches and auditoriums. Towards the end of college I started my own tech company, Gross Technologies, Inc. (GTI.) Through my tenure at OU and after, I had the opportunity to travel to China, learning Chinese and teaching English in a remote village. We were the first Americans that had ever come to that village where we taught. In 2009, I was chosen by OU and President Geroge H.W. Bush to attend the US-China Relations Conference in Beijing as a Junior Ambassador. I led small group conversations in a college ministry where I shared openly about my battle against lust and pornography and walked alongside other young men facing similar challenges. I graduated OU in 2010 with double majors in International Business, Supply Chain Management, and a minor in Mandarin Chinese.

My addiction to lust, to general, legal porn continued to grow through college. I didn't have many sexual encounters in these years. I wanted to look good on the outside, all the while my inside was deeply damaged. I had met an incredibly godly woman that I fell in love with and looked up to during these years. My wife, Samantha. She is beautiful inside and out. She sought the Lord fervently and still does to this day. I wanted that. I deeply desired to have a connection with God like she did. Yet again, I had struggled to remain free of pornography. I had managed to

willpower several months of abstinence before I had proposed and through the wedding season. Once married, I graduated from inside sales at HP after college, selling servers, storage and networking, to an outside sales role back in Oklahoma. I worked remote, from home most days, when I did not have a customer meeting. My wife was away all-day teaching. I found myself alone all too often with idle hands, and an idle mind. I began communicating over text with a girl I knew from college that I had asked for nude photo and she would send them. It wasn't long before my wife caught me. At the time, we kept this problem hidden, not reaching out to others for help. This would become a worsening problem as I began friending my wife's cousin. She was 19, I was 23. She was wanting a running buddy, and I started going on morning runs with her. Weeks into this, she performed oral sex on me several times. My wife and I moved into a beautiful home in Tulsa during this time. The cousin had asked to move in as well, which I said okay to, primarily so I didn't let on to any potential risk or aversion. Our interactions grew more frequent, until my wife discovered an iMessage nude on the iPad. My wife was devastated. I reached out to an old accountability partner, we found a new church, sought counseling, and I started a genuine attempt at sexual purity. This was February 2013. My sobriety and surrender started to grow during this attempt. I met with a group regularly at this church, seeking freedom and restoration of my marriage. After some time, my wife and I even renewed our vows together in 2014. But I didn't stick with any recovery long term. I thought I had overcome it so I gave up. By 2015, I was dabbling back into lust, to pornography, and now chat rooms. I began paying for interactive pornography online. From there, I began messaging those women directly for more intimate requests, more of a relationship aspect. As long as I was paying, they would communicate with me. On the websites, then on Skype, then in Snapchat. Its anonymity became a way for me to message real people. This started as a way to contact these video chat models, but now, people I

knew, were posting their Snapchat account info on their Facebook or Instagram page. Snapchat suggested friends one after another, some with GPS for local recommendations. I was inundated with constant adds, people advertising sexy snaps. The guilt from that was unreal. In this season of life, around 2019, I contacted my wife's cousin again. At first, to apologize for the events years earlier, but once reconnected over Snapchat, I asked her for nudes,. I never paid her, but I was spending a lot of money on video chat sites. In total, I believe I spent approximately $60,000. Before it all crashed in February 2020. I sent a selfie to a Snapchat girl who wanted to see my face before hooking up in person. It turns out, she was with a friend that knew me. That led to my confession to my men's pastor, my wife, and her family. I joined Changing Lanes to seek true recovery. I got into counseling locally with someone who specialized in sex addiction. I met with my men's pastor weekly at 6am for prayer. I willingly did everything I could to seek healing and recovery. I did not want to lose my wife and my family. This addiction was so powerful.

Through my career, I have worked in outside sales for major tech companies including HP, Commvault and Snowflake. I've been the sole income for our family since my wife had our firstborn in 2015. I have worked hard in my career, learning new skills and adapting to the ever-changing technology field to add value to client consultations in every meeting. I've been a facilitator, or sales quarterback as some may say, making connections across my customer base and the relevant technology resources to address their needs.

We have been blessed financially over the years and our family has been able to live well and bless those less fortunate than ourselves. We purchased a vehicle for a family of 5 who was in need in Tulsa. We rented out two rental properties for several years at a significant monthly loss to help two other families in need. One couple were young missionaries, trying to save money and

17

raise their budget to move overseas, where they now live full-time. Our homestead was a barn home on land near my in-laws near Mounds, OK. We offered that property up dozens of times for our church and other nonprofit entities to use. Countless friendships were formed, relationships strengthened, and lives edified through our service to our community. My faith has been a driving force behind my purpose and existence. Service to God, my family, and to others has been of utmost importance.

In March 2025, prior to any charges filed, I entered an intensive recovery program, hosted by Blaine Bartel, called House of Resurrection. I have since completed their Katharos 8-week workbook and video study and I participated in weekly meetings where I share my story and help lead other men out of sexual vices. This is my refined goal; the passion I will be devoting my life to going forward.

Changing Lanes is another recovery program I enrolled in back in March 2025. It is an 18-month sexual addiction course. I had signed up for it prior to my arrest, but it didn't start until July 29, 2025. While I completed the course in 2020-2021, my lack of continuation led me astray over time. What I have since come to learn in these past few months is that recovery and the fight against this addiction – the surrender rather, to the Lord – is a lifelong journey. Sanctification – drawing nearer to the Lord and further from sin, is carried out over years and decades, not weeks and months.

I've also had the opportunity to share amongst the men's group at my church in these recent months. During that time, two men approached me afterwards, seeking help and guidance on how to quit. Others have spoken to me privately and admitted their addictive problems as well. Men everywhere are entrapped in this silent pandemic, too ashamed and too afraid to talk about such a

taboo topic. Families are suffering - a man's purpose gets lost and wives are left longing to rediscover the man they thought they married. And that was me. This was us. While my story is not unique, my drive to make a strong impact across this state and this nation is.

Six months into my recovery in 2020, I slipped. I was caught watching pornography by accountability software. I confessed to my wife, to my group, and was genuinely terrified of my action. Yet months later, I would try to go around the barriers. I was a computer nerd. I had my own computer since age five, since my parents' divorce. I knew how to get around the barriers if I tried hard enough. And I did. About a year into recovery, lustful thoughts, recollections of old images and models turned into slips, and back into masturbation to pornography. And then finally, the old website from my teenage years (TrueTeenBabes) became a focus of mine again. With abilities to work around my barriers, I lied to my wife and claimed I wasn't struggling. I had given in fully to lustful pursuits. I paid for subscription sites to gain access to exclusive photo sets. These actions led me to dig deeper, to seek out more. It went from just teens in bikinis and swimwear to lingerie, then eventually some nudes. I began to seek this out and eventually found it. I was feeding a deviant sexual desire that I had discovered as a teenager.

Reddit had adult forum topics with random letters and numbers that turned out to be access codes to chat rooms. Digging further into these forums, I learned these codes would get you access to teen nude photos and videos. I began trying to access and download the content that was shared. This was what was happening on my company issued laptop. I realized my company was backing up everything, no matter how quickly I had deleted it. Some content was young, younger than I care to admit. I deleted on those occasions, but my company had cashed it for backup. This was from around December 2024 until February 2025, when I was fired. I confessed my lies and porn

relapse to my wife at that time. We separated and once again I sought out recovery. I attended Blaine Bartell's intensive retreat in March 2025. That began my true, lifelong recovery journey. Then TPD and the FBI followed me to my kids' school. I was stopped in the school parking lot before I could pick up my boy for his orthodontist appointment. The company had called the FBI and reported my corporate backups containing images of child pornography, and they sent a flash drive of that content to the FBI. This is how I came to face the most serious consequences from my actions.

My wife lost both of her jobs at the school. My incredible kids were kicked out of the school they loved. Their friendships were damaged. The parents were shocked. My wife, whom I assumed was done for good – and was those first few days, decided to stay, and allow God time to work. I was separated from my family. DHS got involved to ensure my daughter was not a victim. I was not allowed any contact with my kids. After three weeks, DHS finally allowed us to exchange letters. I had a stack of letters to share with them, and they wrote back. I had to leave my home. My wife's aunt was kind enough to take me in just down the road. Based on all our DHS interviews, we were confident visitation would be allowed. Yet DHS denied it. I decided to do a psychosexual evaluation with Randy Lopp. I did 9 hours of grueling tests and answered questions I never imagined I'd have to answer. It was emotionally draining. Never could I have imagined myself in this place, damaging my wife again and again, harming my kids' futures and robbing them of their joy. I was trying to be the dad to them that I never had – the dad I had always wanted: crazy involved, coaching soccer, taking extravagant vacations, planning the best birthday parties, hosting a class-wide capture the flag event, taking them on a tour of the National Weather Service, always doing big things. Yet I had a serious addiction that has cost my incredible loving family so much.

I was very involved at our church. I had been focused on my kids and my community. I was busy with the external, and I failed to take care of the internal. I insulated myself from the fullness of joy and life the Lord can offer. I'm thankful that God is not only a God of love that pursues us, but He is a consuming fire that burns away the sin, that chases me down again, and again, out of his goodness and love. He leaves the 99 sheep to rescue the one. Me. Now my wife, Sam, has left 99 conveniences of her life – friendships, jobs, community, to save the one. To see this family restored. To hold on to hope, hope for a future together, walking in honesty, in transparency. We have that hope together.

In April 2025, I founded a 501c3 nonprofit called *Lens of Freedom*, which can be found at lensoffreedom.com. Our mission aims to promote decency and purity among all people who have been exposed to illicit materials and are seeking freedom from addiction. We believe in the transformative power of holistic support, community engagement, education, and counseling via faith-based and/or secular advocates to help individuals reclaim their lives and restore their dignity. There are a few resources for men and women caught up in this addiction, but no one is going after the creators and the industry as a whole. Lens of Freedom will not only provide direction for those seeking recovery from addiction but also promote legislation across Oklahoma and the nation to bring this epidemic to light.

There are several avenues Oklahoma and other states can continue to pursue to reduce the intake of porn amongst minors, as well as fund recovery efforts. Alabama's recent taxation legislation on the industry, for example, approved a 10% tax on illicit material, funding mental health initiatives. Oklahoma does not have such measures in place yet, but it could.

Implementing an online Age Verification System for adult-only websites is a huge win in protecting our minors. Although recently enacted in Oklahoma, the system is not complete. Several sites are left out and need the community to report such sites to Attorney General Drummond for civil and legal penalties. Had a system been in place like this for me when I was a kid, it's unlikely I would be in this situation today.

Alabama Senate Bill 186 imposes heavy fines on smart device manufacturers requiring obscene content filters automatically enabled, levying $5,000 fines per incident, capped at $50,000, for non-compliance. Similarly, Alabama's Senate Bill 187 would require smartphones and tablets to have obscene content filters enabled automatically for minors and require app stores to request and verify a user's age before granting unrestricted access, respectively. This would see app store providers face civil penalties of up to $50,000 per violation with no cap.

I believe we can get this enacted in Oklahoma. Texas just won a landmark case against the porn industry with the U.S. Supreme Court, confirming that states have the right to restrict access from minors to adult-only websites. I've spoken with the Senior Legal Fellow for the American Family Association, Trey Dellinger, at length about how he spearheaded this case to victory. I believe *Lens of Freedom* can further champion such measures across the nation. Now that this law is confirmed in Texas, there will be national recognition on this issue.

Someone must push this agenda forward. I am seeking an opportunity to do just that. I've been asked to speak on American Family Radio about the damage pornography has had in my life, and to my family. *Lens of Freedom* has become my personal mission. Whenever that opportunity arises. With my freedom, I can help people. Here at home, across this state, and across this nation. I have been bit, and I'm ready to bite back. To wage war. To lead the charge and restore dignity,

decency, and purity to men and families so that the next 10-year-old-Jon doesn't walk the same path I have."

## ARGUMENT

Mr. Gross is requesting this Court agree to the plea agreement and order no fine. Mr. Gross is and will continue to be incarcerated for some period of time, unable to work and provide for his wife and children. His family continues to love and support him, even amidst his pleas of guilty and incarceration. His wife and children had depended on his income to support them prior to his incarceration, so he made a series of decisions in an attempt to protect his family financially to the greatest degree still possible while he is in the Bureau of Prisons. As such, he respectfully asks this Court not to impose a fine, as the money used to pay his fine would otherwise be used to house, educate, and provide for his wife and children.

While Mr. Gross' crime is egregious, it is an anomaly infused into an otherwise upstanding life consisting of hard work, service, and family. Mr. Gross' pleas of guilty protect MV and other witnesses from having to have to testify in Court; not to have to withstand cross-examination or scrutiny from a jury of strangers. His pleas of guilty ensure a resolution that is satisfactory and in a timely manner. Counsel for Mr. Gross therefore asks this Court to sentence him in accordance with this purpose and take into account each and every fact and factor outlined herein.

Mr. Gross has waived and relinquished his constitutional rights, his appellate and his post-conviction rights, thereby streamlining the procedural process and ensuring finality in this matter. He has not only agreed to submit to a Psychosexual Evaluation, but he has also already submitted to said assessment and provided this Court and the Government with the report. He faces incarceration followed by supervised release, and registration under the Sex Offender Registration

and Notification Act.  Most significantly, he has sought treatment and counseling for his criminal actions and continues to express an unwavering desire to continue treatment and accountability for his wrongdoing.  Mr. Gross respectfully requests this Court include in its Order that he be entered into the SOMP (Sex Offender Management Program) at Seagoville, with his second choice being SOMP Texarkana, and his third choice being SOMP Englewood. As the pressure to partake in illicit substances while incarcerated is intense, and Mr. Gross desires to continue to abstain entirely from drug use, he would request the Court include his desire to participate in RDAP (Residential Drug Abuse Program), secondarily to SOMP. Finally, Mr. Gross requests credit for the time he has served since his arrest by the U.S. Marshalls on October 22, 2025 and in addition credit for the April 30, 2025 day he was incarcerated prior to his detention hearing and subsequent release.

                              Respectfully submitted,

                              s/ Andrea Brown
                              Andrea Brown, OBA#22682
                              2727 E. 21st Street, Suite 312
                              Tulsa, Oklahoma 74114
                              Telephone: (918) 625-1098
                              E-mail: andrea@brownfu.com
                              *Counsel for the Defendant*

## CERTIFICATE OF SERVICE

I certify that on the date of electronic filing, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant(s):

    Ms. Ashley Robert
    Assistant United States Attorney
    Office of the United States Attorney
    110 West 7th Street, Suite 300
    Tulsa, Oklahoma 74119

                              s/Andrea Brown
                              Andrea Brown