Janette M. Maddux

1015 N 160 Rd

Mounds, OK 74047

918-630-2512


The Honorable Judge Hill


Dear Judge Hill:

I am Janette Maddux, 78 years old, wife of Terry Maddux for 52 years, mother of 4, grandmother of 12, and great grandmother of 20 great grandchildren.

I am composing this letter to serve as a character reference for Jonathan "Jon" Gross who is one of my "bonus" grandsons. I have had the pleasure of knowing Jon since before he married my granddaughter, Samantha "Sam" Lynn Maddux, on December 3, 2011 (14 years ago). Jon and Sam" have blessed this world with two exceptionally amazing children – Landon age 9 and Anderson or "Andi" age 7.

We have been blessed to get to be included in this family from the beginning. We have had "play day" each week since Landon was born and continues up to this date. Occasionally, we get an extra or bonus "play day" and that is great. Sam and Jon told us they want us to be a part of their kids' lives and we enjoy every moment of it.

Jon has worked consistently to provide for his family a nice home in the country filled with love, energy, and most everything their family could want or need.

Jon taught both of his kids to swim by the time they were two years old. Now, they are excellent swimmers and divers. He introduced Landon to Legos at a very early age - teaching him to snap them together into the shape of rockets and airplanes (while making sure he didn't put them in his mouth). Now, Landon (with the help of his dad) made a robotic arm that could pick up objects as his school project this year (3rd grade). Jon has always been there for his kids whether it was school related like reading, homework, or projects.

The whole family has always been involved in church. Jon can play any musical instrument and he and Sam have been involved in most aspects of the work that goes into having church and hosted many church parties in their home. Sam has taught the youth "Fine Arts" for many years. Jon volunteers with the men's ministries, including disaster recovery work and free lawn care in the Glenpool church community. Together they have led a family group, hosting families at their house for fellowship and devotionals.

In sports, if the kids show an interest in a particular sport, Jon and/or Sam is either coaching or helping their team and working with them at home. Andi loves gymnastics so Jon hung rings from the ceiling in the hangar/shop making them low enough she can reach them with mats underneath and made the uneven bars for her to practice on. He got them basketballs with goals, everything for soccer, built them a treehouse with steps going up and a slide to come down out of it. He built them a beautiful pool and many other fun things for them to enjoy as a family.

It's the little things.

True Story: Easter 2024 – Jon's wife, Samantha, her mother, Niki, and grandmother, Vicki, and a few other women in the family planned a "Girls Cruise". It happened to fall on Easter weekend. The family had colored the eggs the night before, so Jon took his kids and went to Easter Church Service and then came to our house for lunch. Jon helped the kids fill their plates. After we ate, Grandpa and I played "hide and seek" with the kids while (the men) Jon, Grandpa James, and Uncle Adison hid two baskets full of eggs in the front yard. As soon as they finished hiding the eggs, the kids were excited and out the door they went hunting for Easter eggs. Landon was faster than Andi and was finding most of them, so Andi got upset. Jon took Andi's hand and helped her find some of the eggs in higher places that she was too short to see, and she was happy. After the egg hunt, it was time for foot races and games. Jon made sure they both had a Happy Easter.

True Story: March 2025 – Basketball Tournament in Collinsville. Landon and Andi both had a tournament on a Saturday. Andi's was that morning and Samantha (Sam) was her coach. Sam needed to leave right after the game to go to a church function at their church in Glenpool. Grandpa James, Grandma Kiki, and I stayed with Jon and the kids for Landon's game in the afternoon. We went downtown for lunch. Jon was very good at helping his kids choose what they wanted off the menu. They chose waffles. Jon cut Andi's waffle up into bite size pieces and poured the syrup next to the waffle (not on it) so that she could dip each piece in the syrup. He knew exactly how she liked it. Jon is a very good dad. He loves his kids, and they love him. It has been very hard on him and his kids not being able to be together for such a long time – not even to talk to each other on the phone. They (Jon, Sam, Landon, and Andi) are all hurting.

Jon had a weak season, but haven't we all?  Finding out that Jon was in trouble was the biggest shock of my life.  I would never have imagined it... not Jon.  Jon has told us what he did and apologized to us many times with tears coming down his cheeks.  He has asked us for forgiveness many times with tears and we have heard him pray many times to God for His forgiveness.  He told us how his heart hurts so deeply.  I truly believe he would do anything to erase it from ever having happened.  He wants his family back and their lives back the way they used to be, but now with refined purpose and vision for his role in the family and community.  He's joined two men's addiction recovery programs, starting in the middle of March and shares parts of his story to other men who have been impacted by pornography. I believe he will do everything he can in the future to help keep others from getting caught up in this addiction.  **We can see** that Jon has and still is experiencing the hurt (stinging pain) of the destruction of his family including Sam, Landon, and Andi – and all the rest of us that love him.  We (all) will do everything we can to help him overcome this illness and... **he will.**

Sincerely,

Janette M. Maddux

*Janette M. Maddux*

October 21, 2025

Your Honor:

Jon has been living with my husband, Terry and I, for the past five months.  We have gotten to know him quite well.  Jon is a changed person.  He has found an appreciation for a slower lifestyle.  He and his wife, Samantha, and children Landon age 10 and Andi age 8 have a stronger loving relationship than ever before.  They have become like a "team" working together, playing together, and there is lots of praying together.

Jon has apologized to all of us hundreds of times and asked us to forgive him just as many times....and we have forgiven him.  He knows what he did was wrong and has tried every way possible to try to make it right.  He has attended every therapy session available to him and asked if there is anything else.  He was even re-baptized.

We watched them as they suffered through the sadness and heartache of selling their home, vehicles, airplane, and so many items that they loved.  The kids' school even refused

to let them return. At one point, their church asked them not to return.  It was one disappointment after another for many months.  Friends (or so-called friends) and even some family members turned their backs on them...not just Jon, but Samantha and the kids, too.  They have been punished severely.   Through it all, Jon and Sam have worked effortlessly to hold their family together.

Jon has been working as many hours as possible to prepare a home for Sam and his kids in case he must go away for a while.  He bought a used mobile home and has redone and replaced everything he could on it.  He has Sam and the kids out there helping him every day and they have bonded more than ever before. Jon had the home moved onto property next door to Sam's parents' home so he knows his family will be safe.  It is looking good! Jon's wife and kids love him dearly and need him in their lives.  He is a hard worker and actually loves to work.  He has always been a good provider for his family.

Your Honor, please give Jon a second chance.  We believe in him and know he is a good man and is no threat to anyone.  He has proven that during the past six months.  Please.


Sincerely,

*Janette M. Maddux*

Janette M. Maddux

P.S.  I would be glad to speak to you if you have any questions.

918-630-2512.

To Whom it May Concern,

My husband has had to share his sexual history through polygraphs, evaluations, courses, counseling sessions, and the such. So, I thought I would share mine as well. Sex sells.

My name has been Samantha Gross for the last 13.5 years. Before that I was Sam Maddux. Small town darling. I could do no wrong. Born on a church pew, I was set up for success. If I lived the right life I would be rewarded as such. I was the good girl in my high school class, president or member of every organization on campus, and voted most school spirited. I dated a few guys in high school with the most action being a boy whom I was dating touched my bottom and I told him that was mine and not his to touch. A week later he cheated on me with his ex-girlfriend.

I began college at Oral Roberts University in the fall; excited to be out of my bubble and begin to find faith on my own. I started dating Jon January of my freshman year. My roommate was a distant family member and introduced us on facebook. (A sign of the times.)

We began dating long distance as he was 2 years ahead of me at the University of Oklahoma. Our relationship was good. I was adamant that I would maintain purity until marriage and he was in agreement that we wanted our relationship to honor the Lord. One night after a very passionate goodbye kiss he touched my chest for the first time. I spent the next morning in the church altar asking for forgiveness. I wanted so badly to live the life I felt I was called to and compromising that was not on the agenda.

After he graduated we broke up for a summer and then started dating long distance after he began a job in Arkansas, his first real job out of college. I still had 2 years to finish school so we decided to make it work. That spring he surprised me with an incredible proposal. He had written in Christmas lights "Marry Me?" in my front yard and asked as he flew me over in a little Cessna and it was magical. And so began what I thought was our fairytale.

We got married under a beautiful ceremony lit only by Christmas lights. It was absolutely perfect. A week before the wedding he told me he had struggled with pornography but had been 6 months clean with a pastor he was working with in Arkansas. I was ready to call off the wedding. My mom told me that this is something most men struggle with and as long as he could be honest we could make it. He started out in honesty.

We got married December 3, 2011 and on our honeymoon I gave him my virginity. I had saved the very best I could give him and was convinced that because I had followed all the rules we would be set up to live a happy normal life. We began doing youth ministry (something I am incredibly passionate about) and settled into our life in Beggs, Ok. Me, teaching during the day and him working from home with HP. The beginning of our downfall for the next 13 years.

Jon is a person who thrives with people, and settling down in the tiny town of Beggs with no friends, a job working from home, and unlimited internet access brewed the perfect storm for

his addiction to start again. He began chatting through iphone games with a cousin of mine. Starting out as just friendship and then turned into sending images that would later turn into a mild affair. I found out getting our Sunday school lesson ready on the way to church on a brisk February morning. Something told me to check the texts that were tied to his account and I found more than I bargained for. She was living with us at the time as she attended TCC. Needless to say she moved out that day.

We stepped down from ministry immediately. Changed churches and I was adamant that we were not going to fail. He was going to stop and we would figure this out.

The next few years are a blur. We conceived our son November of 2014 and Jon could not have been more thrilled. We were healing, raising a family, and all the while he was still hiding pornography. I got pregnant with our second child in January of 2017, sooner than expected. But we were excited. Kid number 2 is hard. We fought more, I was carrying more weight postpartum physically and mentally and it was not pretty. We decided it was time to get out of the city. We purchased land, moved to Kiefer and started building Jon's dream home. An airplane hanger home. I wanted land, he wanted a metal building, so it seemed like a good compromise.

The hardest year of our life thus far. I thought it hurt when he cheated the first time. I was completely unaware that while he was building (2018/2019) our home he was deep into pornography while beginning to message my cousin again.This resulted in a full blown affair. Later receiving images from our babysitter in college at the time for money under a fake name. All of this coming to light 2 weeks before the world shut down March of 2020. I don't remember much of that year, covid and healing again started to happen. Hours of counseling, Changing Lanes for Jon, me relearning my faith. Faith that I had cemented in my mind if I did all the right things I would be rewarded with a safe and fruitful life. Mind you, when I married Jon I had no doubt he was a Christian or I wouldn't have touched him with a 10 ft pole. But where in the Bible does it say that Christians are perfect people who live perfect lives? No where.

Fast forward 5 years of what I thought was healing. Kids starting prep school, soccer games, coaching basketball, buying new cars, putting in a luxury pool and falling into the very upper middle class life I thought we were living until I get the call that will forever be a left turn in my life. "Sam, you need to come home. Something is wrong. The FBI is raiding your house."

Sin, Soccer, and the FBI. These three things have dominated my life. I have felt the weight of all three like nothing I could ever explain. The sin of my husband has laid claim to every inch of my life. I have sat on my couch while DHS told me where I could and couldn't be and who I could and couldn't see. I have cleaned my home after the FBI raided it while I was unaware of the sin that was happening behind closed doors. I have now sold cars, our home, moved in with my parents and I have sat at dozens of soccer games and watched people I would have counted as friends stare blankly ahead instead of speaking to me. I have never carried a load this heavy no matter how hard I try to cast it on the Lord.

This is a story based solely on faith. This isn't a happy ending story, because sin will never end happily. But it is a story of redemption. And redemption can only end in happiness if we choose to walk it out.

Put yourself here, I am driving to a make-up soccer game the Tuesday after Memorial Day. It was one of the wettest springs we've had in Oklahoma in a while. That being said, our soccer season had pushed much later into the summer than ever before. My sole goal was to make it summer and escape the gossip ring that had encompassed our kid's school. We had been the hot topic for weeks and I was hoping that now that summer had found us I would no longer be the social pariah. I was wrong. I pull up in my 'new to me' 10 yr old mini van with my daughter and frantically pull the contents of an entire house out of the back of the van to get her to warmups on time. As I am walking up alone, arms full, I see the smiling face of my mom. A beacon of light waiting for me as I pass by another mom, a dad, another mom, dad, child, mom, coach, all staring blankly ahead so as to not make any eye contact with me. A team my husband once coached.

Every single person on those side lines is acutely aware of what I am walking through. Every one of them has seen my tears as I try to hide behind cheap sunglasses. Not one word is uttered as I trudge by.

I sit my sagging folding chair on the farthest side as to not make anyone uncomfortable. Very aware of how uncomfortable I feel. They all laugh and cheer throughout the game. My daughter gets played in the back field, her least favorite position most of the game. I watch them. I know they can feel me looking at times and see a conscious effort to not turn their heads my way. I watch them not care. After the game is over all the parents make a tunnel for the girls to run through celebrating their victory. I do not join in. They make a circle afterwards to talk as I walk away. They have shown I am not welcome. I walk away in shame and disbelief that these people who send their kids to the same school I do, could respond to me like this. A group of people that all claim to love the Lord. The same Lord that I serve.

I was fired from this school. This school asked us not to return. My daughter was asked to leave her soccer team. I have been denied employment. And all because I have stayed by his side. Not because I condone a single second of anything he has done. But because I believe there are no throwaway people. I vowed to stay committed to him in sickness and in health, in good times and bad times. I have watched him over the last 6 months serve his family and try every avenue of healing to find his way back to his family. I am not asking for no punishment, I am asking that the courts find a way for him to continue healing, continue to be a father, while helping drag other men out of this silent pandemic that is murdering families. I serve a God who speaks wrath and redemption. Grief and grace. Suffering and sanctification. He speaks both. I have seen the hardships of his sin as my name has been splashed on Facebook. I have seen the grief and utter despair as he had to tell his kids they couldn't attend their school anymore because he made terrible choices and now they aren't accepted. Watched our kids sob as they had zero contact with him for 7 weeks. We have felt more pain and humiliation that I thought humanly possible. Probably with more to come. I write all of this simply to say, I'm not a wife

with my head stuck in the sand. I am, however, a wife desperately committed to seeing this man healed and then using our experiences to pull other families out. Porn is obliterating the very fabric of humanity. And I would like the opportunity with the man I married to help bring the gates of this industry down. Working through healing, accepting of his sin and betrayal, and clawing to save as many others as we can before they are too far in to get out of this mental hell.

Thank you for your time,
Samantha Gross

adam | sarah | sadie | atlas

# QUINN

MISSIONARIES TO COSTA RICA

**May 21st, 2025**

Judge Hill,

Thank you for taking the time to read and consider this letter and recommendation of character for Jon Gross. I have no doubt my letter will be one of many you'll receive because Jon is a person who has a positive impact everywhere he goes.

I've know Jon since 2006, when we met as freshmen at The University of Oklahoma. We were both a part of Chi Alpha Campus Ministry while at OU. Although we were friends in college, it was a couple of years after graduation when we both got married, moved to Tulsa, and started attending the same church. During that time, Jon and his wife Samantha (Sam) became Sarah (my wife) and my closest friends.

Over the years, we have had the opportunity to witness incredible generosity, servanthood, and kindness from Jon. Jon is never to busy to help when we have a need and is usually found over-extending himself to serve those around him.

In 2013, we became missionaries to Costa Rica and had to raise funds to cover our bills and ministry needs. From 2013 to today, Jon has been a financial and prayer supporter of our ministry. When we first starting the missionary journey, we had very little income and my wife had to step away from her job for us to complete all the training requirements to be missionaries. Jon saw that need. He leveraged his own house and assets to buy a home for us to live in. Jon and I were both 25 at that time and I am still amazing at the generosity he showed and risk he took financially to allow us to live comfortably. The truth is, that's just who Jon is. Constantly, he is selflessly chooses for the greater good of others.

The Gross Family has 2 kids who our own 2 kids call their cousins. Although not truly related, the Grosses are the family we choose. My kids have spent many hours in the Gross home. We are quite a protective of our kids and they are very rarely left unsupervised with adults. Jon is someone we trust our kids with wholeheartedly.

Jon has suffered for many years from a sexual addiction. Like all addictions, there are moments of victory and moments of overwhelming failure. As close friends, we have been through it all with the Grosses. Sarah has walked through many of Jon's failings with Sam. It cannot be overlooked that Sam continues to stand with Jon through all the struggles. It speaks to Jon's character, who he is, and who he strives to be outside of this addiction. Jon is a good, kind, and loving husband and father.

Jon's addiction disgusts him and he always expresses remorse when he stumbles. However, this time I have seen a new resolve in him. He immediately has sought the best help he can find - counselors, therapists, classes, and coaches. Jon is engaging with every tool at his disposal to defeat his addiction and live a sober life to honor God, his wife, and family.

As a long-time friend of Jon's and an Ordained Minister, I can confidently say that Jon is remorseful of all offenses and committed finding complete healing from his addiction. Jon is a truly incredible and dedicated father, and nothing has been more painful to watch through this process than seeing Landon and Andi separated from this father. Although it has been difficult, this process has made it clear to Jon the full potential consequences of this addiction and I know nothing will stop him from finding his recovery and being fully reunited with his family.

Thank you again for your time in considering this letter. I understand the gravity and importance of your decision and role. I know you do not take these decisions lightly and I'm sure each one weighs significantly on you. We are praying for peace and wisdom for you throughout these proceedings.

Thank you and God bless,

**- Rev. Adam Lee Quinn**

*"The Lord bless you and keep you; the Lord make his face shine on you and be gracious to you; the Lord turn his face toward you and give you peace."*
*Numbers 6:24-26*



**THE QUINN FAMILY**
Developing leadership who impact the world
through university ministry and church planting.
Assebmlies of God World Missionaries to Costa Rica
@TheQuinn.Fam • www.TheQuinn.Family • hello@TheQuinn.Family





April 28, 2025


To whom it may concern,


My name is Brett Hendrix, and I am the Executive Director of Changing Lanes Ministries. We are a local non-profit that works with men struggling with forms of sexual addiction. We were incorporated in 2013 and have worked with over four hundred men in eighteen states.

Jon joined our program in April 2020 and completed the program in July 2021, showing a transformation in his life. He attended regularly, completed all the assignments, and was one of the more engaged members of the group during the meetings and throughout the week. Jon showed compassion for the other men in his group, encouraging and uplifting them.

Since I have known Jon, he has been a man who cares for his family and friends. He is a family man who loves his wife and children. Most conversations with Jon involve stories about his family. It has been rare to call Jon, and he has not been involved in a family activity.

Jon has been gracious with his time and resources. He and his wife have been generous in financially supporting Changing Lanes since 2020. He did not hide the reason he was involved in Changing Lanes and encouraged others to participate in our program. Jon took ownership of his actions, leading other men to find freedom.

Jon has been proactive. In March, he reserved his spot in our next group, which will start in July 2025. And he is also currently meeting and speaking regularly with his Changing Lanes accountability partner.

Thank you for taking the time to consider my letter regarding Jon Gross.


Thank you,

Executive Director/Founder Changing Lanes Ministries
9810 E. 42nd St, Suite 220
Tulsa, OK 74146
(918) 630-4323



Changing Lanes Ministries, Inc.
9810 E 42nd St, Suite 220 Tulsa, OK 74146
EIN: 46-4092302
ChangingLanes.org  918.221.5251



September 25, 2025

To whom it may concern,

My name is Brett Hendrix, and I am the Executive Director of Changing Lanes Ministries. We are a local non-profit that works with men struggling with forms of sexual addiction. We were incorporated in 2013 and have worked with over 400 men in 18 states.

Jon joined our program in April 2020 and completed it in July 2021, showing a transformation in his life. He attended regularly, completed all the assignments, and was one of the more engaged members of the group during the meetings and throughout the week. Jon showed compassion for the other men in his group, encouraging and uplifting them.

Since I have known Jon, he has been a man who cares for his family and friends. He is a family man who loves his wife and children. Most conversations with Jon involve stories about his family. It has rare for Jon to be called, and he has not been involved in a family activity.

Jon has been gracious with his time and resources. He and his wife have been generous in their financial support of Changing Lanes since 2020. He did not hide the reason he was involved in Changing Lanes and encouraged others to participate in our program. Jon took ownership of his actions, leading other men to find freedom.

Jon has been proactive. In March, he reserved his spot in our next group, which started on July 29th, 2025. He attends weekly, wanting to be open and speak on very difficult topics as a cautionary tale to the others in the group. He has been open to the areas where he has made mistakes and is remorseful of his behavior. He realizes the hardship he has placed on his family. And he is also currently meeting and speaking regularly with his Changing Lanes accountability partner.

Thank you for taking the time to consider my letter regarding Jon Gross.

Thank you,

Executive Director/Founder Changing Lanes Ministries
9410 E. 51st St, Suite E
Tulsa, OK 74145
(918) 630-4323

Changing Lanes Ministries, Inc.
9410 E 51st St, Suite E Tulsa, OK 74145
EIN: 46-4092302
ChangingLanes.org  918.221.5251





# HOUSE OF RESURRECTION

Dear Judge,

My name is Blaine Bartel, and I serve as the Director of House of Resurrection, a residential ministry center focused on helping men recover from pornography and sexual addiction. Over the past several months, I have had the privilege of getting to know Jon Gross through our programs, and I am honored to provide this letter on his behalf.

I first met Jon when he enrolled in our Men's Freedom Intensive, a two-day residential experience designed to help men confront the root causes of their struggles and begin the process of genuine healing. Following that, Jon also completed our eight-week Katharos purity training program, which demands rigorous honesty, consistent accountability, and a strong commitment to personal transformation. Through both experiences, Jon distinguished himself by his humility, earnestness, and tireless dedication to recovery and growth.

In my role, I work with many men who struggle in this area, and I can say with confidence that Jon has been one of the most sincere and committed individuals I have had the privilege of mentoring. He consistently showed up willing to be challenged, willing to be transparent, and willing to change. He never made excuses for his past behavior; rather, he has expressed deep remorse and has taken full ownership of his actions.

Jon's humility has been especially evident in his relationships with other men in the program. He has not isolated himself but has leaned into a brotherhood of accountability and grace. It is clear to me that he does not want to repeat past mistakes — he wants to build a new legacy rooted in honesty, integrity, and responsibility.

I understand the gravity of the situation Jon faces. I also believe in redemption — not as an idea, but as something that is hard-earned through consistent, difficult choices over time. Jon is making those choices. He has surrounded himself with a strong network of mentors, counselors, and peers committed to his ongoing growth. He has a clear plan for continuing his recovery and pursuing a new way of life.

While I do not minimize the seriousness of his past actions, I can say without reservation that Jon Gross is not the same man today that he was when he first walked through our doors. He is working daily to become the man, husband, father, and citizen that both God and society call him to be.

Thank you for taking the time to consider this letter. I am available to provide any further information the Court may find helpful.

Sincerely,

Blaine Bartel
Director, House of Resurrection

| Phone | Address | Email |
| --- | --- | --- |
| 940.389.6865 | PO Box 285 Wagoner Ok. 74477 | bbartel99@gmail.com |



Dear Judge Hill,

My name is Brady Ellis and I am the Pastor at Woodlake Family Church in Glenpool, OK. I've known Jon for ten years, been a friend of his for the past six, and have served as his pastor for the last year and a half. During that time, we've attended church together regularly, led small groups side by side, and even vacationed together with our families. I've had the opportunity to observe Jon through a variety of seasons and situations—both highs and lows—and I believe my perspective is worth sharing, especially given the seriousness of the circumstances surrounding his actions.

Throughout the time I've known Jon, I've consistently seen qualities that speak to the kind of man he truly is. Most importantly, Jon is a devoted husband and a deeply loving father who prioritizes the needs of Sam, Andi, and Landon. I've seen him work long hours to provide for his family, while also coaching their sports teams, staying up late to help with homework and school projects, and building the home of their dreams. Anyone who knows him can see that his greatest joy comes from watching his family thrive.

Because of this, my wife and I have trusted our own children with him—something we do not take lightly. Our daughters are the same age and are best friends. We're extremely protective when it comes to overnight stays. In fact, we have a strict rule that our kids do not spend the night at friends' houses, regardless of how well we know the family. The only exception we've ever made has been for Jon and Sam. We have never had a single concern about our children's safety while in their care.

Jon is also one of the most helpful, generous, and caring people I've known. He's always willing to step up and meet a need—whether that's stacking chairs after an event, handling a maintenance emergency, or helping someone in crisis within our church community. This past March, he played a vital role in our annual missions banquet—not only in organizing the event, but also in giving. He donated countless hours, products, and services to help raise money for a recovery program in Tulsa and a Christian school in Rwanda. Just last month, when a young man came to church on a Wednesday night visibly distraught because his wife had left him just two days prior, Jon immediately rallied a group of men to come around him. He poured into that man, encouraged him, and has continued walking alongside him as he begins to rebuild. He even found the man a new job that doubled his income to provide for the daughter now solely in his care. The compassion Jon showed to that stranger is the same compassion everyone who knows him has experienced firsthand.

I share these specific examples not to somehow counteract or overshadow the very real and serious mistakes Jon has made, but to provide a fuller picture of the man he is—a faithful husband, loving father, selfless friend, and contributing member of his community. He is not a monster, and he is not a threat to society. He is a good man who became addicted to something terrible and waited too long to get the help he needed. However, since that mistake came to light, I've witnessed him deeply broken and genuinely remorseful. He's not only committed to his own healing, but also to helping other men avoid the same failures. As his pastor and close friend, I have been and will continue to be personally committed to overseeing his complete recovery, confident he'll walk out a lifetime of outreach to rescue other men through his story.

I couldn't write this letter if I didn't truly believe that real transformation is already taking place. I am confident that, going forward, Jon will be more of an asset, contributor, and benefit to society than any kind of threat. And I believe he will continue to be the incredible father and husband that he already is. I respectfully ask, and pray, that you consider these things—and the words of others who know him—during sentencing.

Sincerely,

Brady Ellis
Campus Pastor, Woodlake Family Church Glenpool
(918) 237-7718



October 17, 2025

James Maddux
1525 N. 160 Rd.
Mounds, OK 74047

US Attorney's Office
Ashley Robert, Equire
110 W. 7th St.
Tulsa, OK 74119

Re: Jon Gross' Sentencing

Mrs. Robert:

First, I know very little about the FBI or your department.  Just like you, I see articles on social media and the news and draw my own conclusions.  My family is very concerned about child abuse, human abduction and trafficking, illicit drug use, mentally ill individuals, etc.  We support organizations that bravely step into those worlds to help, including the FBI.

But, here's where the FBI was reckless with my family.  It was one thing to indict Jon, my son-in-law, for breaking the law for things that we agree are abhorrent, but what your client did with that information was shameful.  Your client implicated my daughter in the Swimply.com pool rental matter.  They had to have seen in the research how clever he was in hiding his bad behavior.  Yet, when your client aired their findings, they insinuated that my daughter was complicit.  The FBI painted a picture of a family business wherein Jon and Samantha conspired to photograph children while swimming and then left it up to everyone's imagination as to what "they" might have done with that material.  IT WAS LAZY and careless.  The FBI slanderously gossiped about Sam when they had all of the facts.  They lied when they DIDN'T HAVE TO LIE.

She is faithful and has more integrity than your client will ever know.  She has stayed by his side, not because of blind loyalty, but even more detrimental to her, she remains with him due to her faith.  You may ridicule her for her naivety, but one day I hope you will realize how rare that kind of loyalty really is.  Given your background, I think you can understand.

Let me explain what her faith and loyalty has cost her. She has been shunned by her family – aunts, uncles, cousins. She has lost most of her friends – nearly all of the Regent school moms and dads. Of course, the kids were not allowed back to Regent. Your FBI friends couldn't apprehend Jon at his home as they surveilled him that entire morning. No, they waited until he arrived at our grandchildren's school and daughter's employer to take him in (again, reckless). Soon afterwards, Sam lost her job at Regent Preparatory School. Months later, she was miraculously hired at Beggs Public Schools by the administration to educate children (her profession), but the School Board refused to ratify her contract because she was defamed on FaceBook because of your client's defamation. This despicable human on FaceBook reposted the Lori Fullbright gossip that YOUR CLIENT started. It cost her another job! More losses - she watched her children lose their spots on their sports teams – coaches actually refused to take them on. I could continue, but I think you get the gist. Her life and my grandchildren's lives have been obliterated. **You all are partly responsible.**

They live with us. The kids home school because Lori Fullbright loves to circulate your trash every time there's a court date. The FBI and Lori Fullbright have created a hateful world of bullying against my grandkids. Once active and involved, they have been relegated to our kitchen table.

Jon, on the other hand, WAS in a dark place. I believe you all did a lot of things right. Operation Clean Sweep is necessary and commendable. I am very grateful he was caught. THANK YOU. I am grateful that, for once, he couldn't charm or talk his way out of problem, one that could have one day cost my family even more. I don't know everything he has done, but what I do know was enough for me to want to finish what you all started. Yet, my daughter did not leave him, and I love my daughter more than words can express. I hope you have children and understand the depth of a parent's love. I stand by her. So, when she stands by him…, so do I.

For the first several months of this strange circumstance, it was quite depressing. I wanted to strangle Jon as I watched my daughter and grandchildren's worlds wash away. I was on the phone when Regent Preparatory School Board's President rejected Sam's plea to allow her children to continue to attend their school. I was there when Beggs Public School cut her legs out from under her. Neither school will associate with her.

During this time, Samantha, Jon, my wife, and my grandchildren have been stuck together. Jon lives with my parents, a half mile away on a country road. It has been a blessing in some ways. We have prayed together and had brutally honest conversations that otherwise would never have happened. I suppose that what has evolved is a very healthy, transparent form of family.

Jon is basically unemployable. What jobs in his field he was able to perform after his arrest were taken away by his probation officer. That one is beyond me! So, my son and I hired him to build a barn. He is quite handy though his profession is in technology. We chose a design that was challenging but attainable.

Simultaneously, they moved in a used doublewide trailer for Sam and the kids. It has required an almost complete remodel. They need some sort of normalcy in their lives, and that's hard to find when we are all living together. The beautiful thing is that they are happy to have a "mobile home."

We have all been humbled to our core through this experience. In the past six months, I've watched Jon's reformation. He has taken every course imaginable to rewire and rebuild himself - I'm talking total dedication. He is on the phone with accountability groups several times a week. He has been celibate and pure. He works constantly from the time he can leave my parents' house to the time he has to return (9a-9p). I have grown to admire his work ethic, and working with him so many days, I've learned to forgive him and love him like my own son.

I promise you. He has lost so much but come so far. He is no longer arrogant, prideful, divisive, or promiscuous. Probation has been a God send in many ways. Two things make me believe I am reading his behavior correctly. One, there was an expensive psychological test that wasn't required, but he volunteered to take the exam knowing it was admissible as evidence against him. He did it to prove he wasn't a threat to his children nor society. It allowed him a few months of visitation with his children. For the first 60 days of this episode, Jon couldn't see them. It was a fatherly sacrifice. Secondly, he selflessly and quickly sold everything that previously propped up his ego in order to prepare Sam for their separation. I wish you could have seen what I saw. They have nothing tangible but two old cars and a doublewide. Please think of what going that far backwards would mean to your family. That's where they are.

Most respectfully,

James Maddux,
Samantha Gross' Father



# Matthew S. Crum MS LPC
## Counseling Services

3207 East 22nd Street, Tulsa, OK 74114
918-232-8326 * matthewcrum@att.net

October 16, 2025

Andrea Brown, Esq.
2021 South Lewis Avenue, Suite 520
Tulsa, Oklahoma 74104
Via: grossjon@gmail.com

RE: Counseling of Jonathan Gross          DOB: 9/3/88

Dear Ms. Brown:

I am composing this letter at Mr. Gross' request to verify that he has received counseling services through this agency. These sessions were conducted in a multi-disciplinary format and have included a diverse focus on both mental health concepts and sexual safety relapse prevention strategies. Additionally, Mr. Gross actively examined his judgment as it related to his ability to maintain himself within Federal pre-trial supervision guidelines. Mr. Gross was initially seen at this agency on July 5, 2025 and has thus far attended eight therapy sessions.

Through the course of Mr. Gross' treatment, he has been actively engaged in sessions, demonstrated openness and investment by sharing his own challenges, and evidenced a willingness to make changes based on clinical feedback. While he avoided direct disclosure regarding the circumstances of the current case, he was able to address errors in judgment, safety concerns, and historical features of his sexual behavior in a manner which evidenced a genuine interest in self-growth.

Mr. Gross has been cooperative with the clinical process, responsive to feedback, and communicated effectively during these sessions. He appears to have ties to his family which have promoted his stability and willingness to comply with supervision stipulations. He appears to be amenable to treatment as he seems to have committed himself to amending his judgment.

Respectfully submitted,

Matthew Crum, MS LPC

Cc: LeighAnne Paarmann, United States Probation Office, Northern District

Niki Maddux

1525 N. 160 Rd.

Mounds, OK 74047

918-637-0446

To Whom it May Concern,

I am the mother-in-law. While Jon falls short of perfection, he has always demonstrated an unfailing love for his children whether it be in the form of providing for all of their needs or co-parenting to make sure that they make all of their activities, including gymnastics, vocal, piano, soccer, basketball, and various church and school functions like semester projects, fund raisers, and social events. Jon's career choice made it possible for him to be a "super dad." My father abandoned my family. My husband's father did the same. I know that Jon would never allow that to happen with his kids, and I greatly appreciate that about him.

Jon also is the type to drop everything for someone in need. For instance, when we added on to our house, our crooked contractor ran through all that we had borrowed, and we were forced to sell farm equipment to pay for the overages. Even that wasn't enough. My husband and I had to work every night and weekend to complete the project according to the terms of the building loan. As we closed in on finishing the work, we tiled about 1,500 square feet of flooring. On several nights, Jon would stay until midnight or later and come back while we were at work, between his calls, to push the project forward. The night before the bank's final inspection, we stayed up all night finishing, punching through the final details, and cleaning. He stayed until the project was complete. Not many people would do that.

I say these things to show you that while he is no saint, he isn't a monster. He's not in that category. He's got a good heart, and I am watching him do everything in his power to correct this problem. He's meeting with spiritual leaders in the community who have walked through similar trials and who have developed curriculum and accountability measures to develop better husbands and fathers. He's working with my husband to start a non-profit to help men overcome spiritual adversity and meeting with legislators to enact bills to deter companies from producing and distributing indecent media in the state of Oklahoma. My hope is that you will allow Jon, with the help of my husband, to continue this work. If it goes anything like the remodel, he won't quit.

Thank you for your consideration,

Niki Maddux

Randy Lopp, MHR
Licensed Professional Counselor
Licensed Alcohol and Drug Counselor_____

Atlanta South
2526 E. 71ˢᵗ St., Suite D
Tulsa, Oklahoma 74136
(918) 747-2799
randy@randylopp.com
randylopp.com

## TREATMENT SUMMARY

| | |
|---|---|
| NAME: | GROSS, Jon |
| DATE OF BIRTH: | 09-03-1988 |
| DATE OF ADMISSION: | 06-03-2025 |
| DATE OF SUMMARY: | 07-08-2025 |
| REFERRAL SOURCE: | Andrea Brown, Client's Attorney |

### CIRCUMSTANCE OF REFERRAL
Jon Gross is a thirty-six-year-old white, married male who is referred for problem sexual behavior counseling by his attorney. He is currently awaiting a hearing in federal court following his arrest for Possession of Child Pornography.

### EVALUATION DATA
Mr. Gross was seen for a psychosexual evaluation on 05-16-25. (See evaluation for results.)

### CLINICAL RESUME
Mr. Gross was seen for an admission session on 06-03-25. During that session, he was provided information regarding our program policies and expectations. He then entered the education phase group. While it is normal for clients initially to be rather resistant to the process, client quickly completed his written assignments for this group. He was next seen for a sexual history polygraph on 06-19-25 and his results were non-deceptive. Following that, he was seen for an individual review session on 07-01-25 during which he was able to demonstrate knowledge of the concepts addressed in the education phase. He was seen for his treatment plan session on 07-08-25. In this session his treatment goals were discussed. Mr. Gross is scheduled to start his treatment phase group on 07-15-25.

Mr. Gross appears fully engaged in the treatment process and motivated to address his problem sexual behavior. He is requesting that the Department of Human Services allow him to resume living with his wife and their children. He reports that DHS would like a statement from our program indicating he is not a danger to his children. Our program will not be in a position to offer such an opinion until client has been in the treatment phase group for several months and has been administered a monitoring polygraph. However, we can review his recidivism risk as discussed in his psychosexual evaluation. The results of his RM2000/S indicate that he shares variables with men in the data set who have a below average risk to recidivate. His Stable-2007 results indicate a moderate risk/need, meaning he does have some dynamic risk factors to address in treatment. His combined RM2000/S and Stable-2007 results indicate he shares variables with men who have a three year recidivism risk of 3.5 percent. In addition to his below average risk, his lack of a contact victim indicates he is unlikely to have a contact offense in the future. Once

client makes progress in treatment; his wife attends a chaperone program and he is found non-deceptive on a monitoring polygraph, he can be further assessed as to his appropriateness to return to his family.


*Randy Lopp, MHR*
Licensed Professional Counselor
Licensed Alcohol and Drug Counselor
Certified Criminal Justice Specialist

Randy Lopp, MHR
Licensed Professional Counselor
Licensed Alcohol and Drug Counselor_____

Atlanta South
2526 E. 71ˢᵗ St., Suite D
Tulsa, Oklahoma 74136
(918) 747-2799
randy@randylopp.com
randylopp.com

October 1, 2025

Andrea Brown, Attorney
Via Email: andrea@brownfu.com

RE:                      GROSS, Johnathan
DATE OF BIRTH:   09-03-1988
CASE NUMBER:     25 CR 137-SEH

Ms. Brown:

I write to inform you of the participation and progress of the above referenced individual in our
outpatient problem sexual behavior program. I am happy to provide you with a brief summary
for the above referenced client.

As you know, Mr. Gross was initially seen for a psychosexual evaluation on 05-16-25. During
this evaluation, he was assessed regarding his future sexual recidivism risk and a treatment plan
was developed. Subsequent to the evaluation, he requested admission into our program to
address his criminal sexual behavior. He was seen for admission on 06-03-25. During this
admission session, he expressed the desire to address issues related to his current charge and
appeared to be motivated to do so. He was then placed in our weekly education phase group.
During this group, he was provided education regarding sexual deviancy. He was asked to
complete written assignments which he completed well within the expected timeframe. He was
asked to take a sexual history polygraph on 06-19-25. His polygraph result was "no deception
indicated." As Mr. Gross quickly completed the tasks associated with the education phase group,
he was eligible to request an individual review session. He was seen for this review session on
07-01-25. At that time, he was able to discuss in some detail the material he was expected to
learn in the education phase. He was assessed as having successfully completed the education
phase. He was next seen for his treatment plan session on 07-08-25 during which his treatment
plan was reviewed with him.

Following that session, Mr. Gross entered our weekly treatment phase group on 07-15-25 and
continues to participate. This group focuses on client's dynamic recidivism risk factors as
indicated in his psychosexual evaluation. Per our program policies, he was asked to take a
monitoring polygraph on 09-30-25. His polygraph result of "no deception indicated" provides
an external data point supporting his report that he has not engaged in deviant sexual activity
(rape, frottage, sexual activity with children or exhibitionism) since his arrest.

Mr. Gross has been an active and engaged participant in our program.  His attendance has been excellent and he has kept his fees current. He attentively listens to his therapist as well as other group members.  He frequently provides appropriate support for other members and appears to be a positive member of his group.

Mr. Gross appears to be fully meeting the expectations of our program.  He appears to be a good candidate for continued counseling. Please let me know if you have questions.


*Randy Lopp, MHR*
Licensed Professional Counselor
Licensed Alcohol and Drug Counselor
Certified Criminal Justice Specialist

Honorable Judge Sarah Hill,

My name is Ross Cunningham, and I am a parent and member of the same school and community as Jonathan (Jon) Gross. I have known Jon for the past three years through our children, who have attended the same school and played sports together. As our families have spent considerable time together at school events, sports practices, and social gatherings, I have had the opportunity to observe Jon's character closely and form a deep respect for him as a father, friend, and community member.

Jon is an exceptional dad who is deeply devoted to his children. He is a constant presence at their sporting events, rarely missing a game or practice, and often steps up to assist with coaching. His enthusiasm and encouragement on the sidelines uplift not only his own children but also their teammates. This selflessness is typical of Jon, as he consistently prioritizes the well-being and growth of the families in our community.

Beyond his role as a father, Jon is a cornerstone of our community. He has organized several gatherings at his home, inviting families from our school to come together for barbecues, 4th of July gatherings, capture the flag father/son evenings on his land, and many other get-togethers. These events, hosted at his own expense, have fostered a sense of belonging among parents and children alike.  Jon is always very intentional about ensuring every family feels included, personally introducing newcomers and making sure everyone has a chance to connect. His efforts have strengthened the bonds within our school community, creating lasting memories for our children and a support network for parents.  I believe I can speak for many in our community that the news of Jon's recent behavior is both shocking and heartbreaking, as he has truly been a pillar of our community, and someone who most would say is central to our community.  From my conversations with Jon, he seems to be remorseful, repentant, and committed to a 180 degree turn from his past behavior.

As a friend, Jon is loyal and dependable. He has offered me personal support on multiple occasions, whether it's lending a listening ear or helping with practical matters. His willingness to put others' needs before his own is a testament to his character. For example, when my family faced a challenging time last year when I got laid off from my job, Jon was quick to check in, offering both emotional support and practical help without being asked. This kind of generosity is not an isolated incident but a reflection of who Jon is.

I understand that Jon has been accused of a serious crime, and I do not wish to diminish the gravity of the situation or argue against the court's findings. I am disappointed to see Jon in these circumstances, as they do not align with the person I have known over the past three years. I believe Jon is someone who holds himself to a high standard and is capable of learning from his mistakes. He has expressed deep remorse for the pain caused to his wife, children, and community, and I am confident that, with the support of his family and community, he is committed to making amends and moving forward responsibly. His children, in particular, rely on his presence and guidance, and I believe he is motivated to be a positive influence in their lives.

Thank you for taking the time to read this letter and for considering Jon's character as you make your decision. I am grateful for the opportunity to share my perspective and am available to provide further information if needed.

Sincerely,

Ross Cunningham
jross.cunningham@gmail.com 918-888-1926
10728 S. 93rd E. Ave.
Tulsa, OK 74133

April 29, 2025

To whom it may concern,

My name is Ryan Doolin, and I am a CPA by trade. I also have the responsibility of being one of Jon Gross' accountability partners. I have known Jon for five years now. We met as participants in Changing Lanes, a local non-profit that equips men in finding freedom from sexual addictions. Our cohort began the 16-month program in April of 2020. We graduated together in July of 2021. Since then, I have continued to lead groups through this ministry that has changed my life.

Jon and I were placed in the same small group within our specific cohort. Early on, we chose to be each other's accountability partners. This allowed me a unique window into his life, and we became friends. Jon devoted himself to the program for the sake of his wife, Sam, and his two young children, Andi and Landon. Jon attended the weekly Tuesday meetings, prepared the assigned homework, and participated in group discussions. He and I met weekly at Changing Lanes and also committed to phone and text conversations throughout the week to stay on track with our sobriety. When we spoke on the phone, Jon would often be building something for his kids or working on a project for his wife. After the program ended, Jon and I bought season tickets to Celebrity Attractions at the Tulsa PAC with our wives. We had dinners together and spent time playing board games at each other's homes.

On Friday, February 28, 2025, Jon called me to tell me he had been fired from his job. Lots of life had happened, and he and I had not regularly kept in touch. We met in person a week later. He wore his grief plainly on his face. Jon's actions were severely impacting the family he has devoted his life to loving and protecting. That knowledge was killing him. Sitting across from the man I call my friend, he and I committed to regular check-ins at least once every 12 hours. It has been over seven weeks since that day, and we have not missed a check-in yet. On every phone call, I ask him how he is doing. His response: I miss Sam, I miss Andi and Landon, and I want to do everything I can to make sure others know and understand the seriousness of my situation so they don't repeat my mistakes.

Jon's actions reflect this sentiment as well. He signed up for the next Changing Lanes cohort, beginning in July. He is working diligently to ensure that his family is taken care of, regardless of the severity of the consequences he might face. He and Sam have even met with their state representative to see if there is something Jon can do to help others turn their lives around before they reach the low that he has.

I truly believe that Jon is remorseful for his actions. The man who stands before you is a changed man - for the better. Regardless of the outcome, I personally know many men who will learn from Jon's experience. My sincere hope is that they will not find themselves in his same position because of his vulnerability and passion.

Thank you for taking time to consider my letter regarding Jon Gross.


Respectfully,

Ryan Doolin

239 Marlberry Circle
Jupiter, FL 33458
drsarahyandell@gmail.com
918-845-1337
September 23, 2025

**The Honorable Judge Hill**
333 West Fourth St., Room 411
Tulsa, OK 74103

**Re: Character Letter for Jonathan Tyler Gross**

Dear Judge Hill,

My name is Sarah Yandell, and I am writing on behalf of my brother, Jonathan Gross, who is currently before you in a case involving criminal charges. I respectfully ask the Court to consider granting him a sentence focused on probation with community-based support rather than an extended period of incarceration.

Jon and I grew up in Oklahoma City, with me being almost 6 years older. Our parents divorced when he was only four years old, and we lived with our mom after their separation. Our mom worked as a teacher and remained single for many years. She struggled to manage family finances and ultimately filed for bankruptcy, forcing us to lose our family home, which was devastating to the both of us. Our mom also struggled with significant depression and often spent days in bed. I often cared for Jon as we navigated these circumstances. Our mom remarried and moved to Florida when Jon was in 8th grade. Jon moved to Florida with them as I was in college, but he returned to Oklahoma later to attend college. Our father had a demanding work schedule as a small business owner, so our time with him was limited. He missed many important milestones like soccer games, birthday parties, and even Jon's high school graduation. Despite our parents' love, our father's absence and our mother's instability left a void in our hearts. We knew we wanted to provide a strong, stable family life for our own kids one day.

As children, Jon was my annoying and mischievous little brother, with infamous such as acts of reading my journal and sharing my most embarrassing secrets to the boys I liked or spying on me and my friends. However, we grew closer as we got older. Despite his ability to get on my nerves, he has always had a tender heart. He gives the biggest bear hugs and turns to mush around dogs, including our small family Yorkie Sassy who he loved dearly. I would also describe him as caring, intelligent, hard-working and driven. He built his first computer at the age of 12 and received a minor in Chinese language upon college graduation, which allowed him to connect with our stepmother in Mandarin. He cares deeply for his friends and family, and their well-being. He often calls just to see how I am doing or what's new for my family. He is quick to help anyone in need, even when it's inconvenient for him.

Jon's servant heart has been evident throughout his life. Even as kids, he would jump into action to deliver food and water to those who lost their homes in tornadoes. In college, he became a certified storm spotter for the National Weather Service and Disaster Action Team volunteer with Red Cross. He always kept chains and a chainsaw in his truck to help clear debris for those impacted by storms. On May 10, 2010 he rallied to clear roads near Lake Thunderbird for first responders to reach victims impacted by tornadoes that damaged the area. In August of 2017, he drove through the night to help our mother and stepdad, who was on hospice at home, with setting up their generator and providing necessities as they had lost power from Hurricane Irma.

Jon is also a devoted father to his two children and a loving husband. From building the ultimate treehouse to attending soccer games, creating detailed lego models to nightly bedtime stories and prayers, he makes every effort to be a present and loving. I can personally attest that he has been a dedicated leader in his church, his community, and his children's school—constantly volunteering his time, money and talents to help others. He would wake up early many Sundays to help run sound and lights for church, and also help the worship team by playing keyboard or drums when needed. He and his wife have hosted bible study groups at his home for many years, offering support and prayer to others. He has actively contributed to multiple school fundraisers for his kids and supported local missionaries based in Costa Rica. His actions reflect strong values and genuine care for others.

Learning of Jon's charges was devastating for me. Knowing his values and the importance of what family, I was disappointed and heartbroken. We have cried together many times as he pleaded forgiveness and lamented his regrets. He deeply regrets his actions and the harm they have caused to others and to his family. This has been a time of great pain and reflection for him. His wife and children have been profoundly affected, losing their school, sports teams, friends and her job. Jon knows his life must change and he is committed to that change for the betterment of himself and his family.

Jon has already taken meaningful steps toward change. Even before his charges, he had completed an 8 week curriculum along with a 2-day intensive through Blain Bartel's Katharos program. He has joined Sexaholics Anonymous (SA), completed Randy Lopp's Problem Sexual Behavior class, and currently participates in group classes through the Changing Lanes program. He hopes to launch a non-profit organization, "Lens of Freedom," to help others seeking freedom from addition. These efforts demonstrate his sincere commitment to turning his life around and becoming a positive force in his community once again.

I truly believe Jon would benefit far more from a community-based recovery program and therapy than from incarceration. Such an approach would allow him to continue supporting his family while receiving the help he needs to rebuild his life and give back to society. His children, in particular, desperately need their father's presence, guidance, and support. Losing him for an extended period would greatly impact their emotional and mental well-being at a formative time in their lives.

Your Honor, I respectfully ask that you consider Jon's character, his devotion to his family and community, and his earnest steps toward recovery as you determine his sentence. I understand the seriousness of the charges and the Federal Sentencing Guidelines, but I strongly believe

probation with community-based support would best serve Jon, his family and the community while still holding him accountable.

Thank you for your time and for considering my request on behalf of my brother.

Respectfully,


Sarah Yandell, PharmD, BCACP