# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,  Plaintiff, | Case No.: 25-cr-137-SEH |
| vs. | Date: 1/30/2026 |
| | Court Time: 1:07 p.m. to 3:21 p.m. |
| Jonathan Tyler Gross, Defendant. | **MINUTE SHEET - SENTENCING** |

Robert J Shelby, U.S. District Judge    D. Ambrosio, Deputy Clerk    Laura Griffin, Reporter    Crt Rm 2

Counsel for Plaintiff: **Ashley Robert**    Counsel for Defendant: **Angela Brown**, Ret
Probation Officer: **David Perricelli**    Interpreter: ☐ sworn; ☐ N/A

☒ Defendant appears in person with counsel    ☐ Counsel waived    ☐ Evidentiary
☒ Plaintiff & Defendant reviewed PSI:    ☐ Objs by:  ☐ Pltf  ☐ Deft;  ☒ No Objs;    ☒ Court adopts/accepts
☒ 18:3553 Findings re: PSI/Sentence made;    ☒ Findings re: Plea Agreement Accepted
☒ Court affirms finding of guilt and accepts guilty plea before U.S. Magistrate Judge
☒ Sentence re: Guideline;  ☒ Findings made;  ☐ Departure:  ☒ Variance:  ☐ Upward  ☒ Downward
☒ Victim present and heard;  ☐ Victim present  ☐ Victim not present
☒ Defendant and counsel asked if they care to say anything before sentence is pronounced, and no cause to the contrary being shown
☒ Motion [Dkt. 55]:  ☐ Granted  ☐ Denied  ☒ Granted/Denied in part  ☐ Moot
☒ Motion [Dkt. 58]:  ☒ Granted  ☐ Denied  ☐ Granted/Denied in part  ☐ Moot

**SENTENCE: As to Count** 1 & 2    of the Information:

☒ Bureau of Prison for a term of  123 months each count, Ct 1 and Ct 2 to run concurrent    ☒ Concurrent  ☐ Consecutive  ☐ Not Imposed
☒ Supervised Release for term of  20 years each count, Ct 1 and Ct 2 to run concurrent    ☒ Concurrent  ☐ Consecutive  ☐ Not Imposed
☒ Fine:  $    ☐ With Interest  ☐ Interest Waived  ☒ Not Imposed
☒ Restitution:  $3,000    ☐ With Interest  ☒ Interest Waived  ☐ Not Applicable
☒ Special Monetary Assessment  $100 each count, $200 total    ☒ Due Immediately  ☐ As Directed
☒ AVAA Assessment (18 USC 2259)  $5000 each count 1 & 2, $10,000 total    ☐ Waived-Defendant found indigent    ☐ Not Applicable
☒ Order of Forfeiture [Dkt. 50]: is hereby incorporated into the Judgment by reference

**STANDARD CONDITIONS as previously adopted by this court including the following additional conditions:**

| | |
|---|---|
| ☒ Firearm, Ammunition, et al Restriction | ☐ Gambling;  ☐ to include treatment |
| ☒ DNA Sample | ☐ Home Detention Condition - ___ months* |
| ☒ Controlled Substances Restriction | ☐ Immigration |
| ☒ Drug Testing  ☐ Drug Testing Suspended | ☐ Mental health  ☐ to include treatment |
| ☐ Alcohol Abstinence | ☒ No contact with Victim |
| ☐ Anger Management | ☐ Search & Seizure |
| ☐ Community Confinement - ___ months | ☒ Sex Offender - Paragraphs  1-5, 7 and 9 |
| ☐ Community Service - ___ hours | ☐ Sober Living |
| ☐ Computer Restriction | ☐ Substance Abuse Treatment & Testing |
| ☐ Curfew - ___ months* | ☐ Workforce Development |
| ☐ Domestic Violence Program | |
| ☒ Financial | *Entire cost of the electronic monitoring shall be paid by: ☐ Prob  ☐ Deft |

☒ Defendant advised of right to appeal    Court recommends to BOP:
☐ Appeal affidavit required    ☒ Designate a facility located in or near:  Seagoville,TX, Texarkana, TX or Englewood, CO
☐ Maximum Security Facility where Incoming and Outgoing Mail is monitored
☐ Residential Drug Abuse Treatment    Mental/Medical Evaluation
☐ Most comprehensive substance abuse treatment available
☐ Other:

☒ Remaining counts ordered dismissed:  Indictment and Superseding Indictment
☒ Defendant remanded to custody of U.S. Marshal

**Additional Minutes:**